# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SANTIAGO VILLA,**

        Plaintiff,

        -vs-

**SAINT-GOBAIN CONTAINERS, INC.,**

        Defendant.

Case No. 06-C-595

# ORDER

The parties having stipulated and agreed to a thirty (30) day extension of time within which the Defendant may answer or otherwise plead, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time within which Defendant, Saint-Gobain Containers, Inc., has to answer or otherwise plead in response to the Complaint in this action is extended until July 19, 2006.

Dated at Milwaukee, Wisconsin, this 19th day of June, 2006.

        SO ORDERED,

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**